### In re SEALED APPELLANT

Sealed Appellant, Appellant

v.

Sealed Intervenor, Intervenor–Appellee.

No. 07–10881.

United States Court of Appeals, Fifth Circuit.

Dec. 3, 2007.

Before REAVLEY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reason that there was no abuse of discretion by that court, and we could not say under this record that this court should order discovery pursuant to 28 U.S.C. § 1782, before the German court has ruled on the same discovery request.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.